UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTFLASH, LLC,<br><br>           Plaintiff,<br><br>           v.<br><br>U.S. PATENT AND TRADEMARK OFFICE,<br><br>           Defendant. | Civil Action No. 22-1123 (BAH)<br><br>Judge Beryl A. Howell |

**ORDER**

Upon consideration of defendant U.S. Patent and Trademark Office's Motion to Dismiss Or, In the Alternative, For Summary Judgment, ECF No. 27, and plaintiff Smartflash, LLC's Cross-Motion for Summary Judgment, ECF No. 28, the related legal memoranda in support and in opposition, the exhibits and declarations attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss Or, In the Alternative, For Summary Judgment, ECF No. 27, is **GRANTED**; it is further

**ORDERED** that plaintiff's Cross-Motion for Summary Judgment, ECF NO. 28, is **DENIED**; and it is further

**ORDERED** that plaintiff's Motion to Strike, ECF No. 28, is **DENIED** as moot; it is further

**ORDERED** that plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED**.

1

*This is a final and appealable order.*

Date:  August 17, 2023

———————————————
**BERYL A. HOWELL**
United States District Court Judge
